# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| RYAN JUDSON MOORE, | ) No. 2:19-cv-0155-WBS-EFB P |
| Petitioner, | ) |
| | ) **[PROPOSED] ORDER** |
| v. | ) |
| SCOTT FRAUENHEIM, Warden, Pleasant Valley State Prison, | ) |
| Respondent. | ) |

Good cause appearing therefore, it is hereby ordered that petitioner Ryan Judson Moore may file his reply in this matter on or before July 2, 2019.

Dated: June 26, 2019.

UNITED STATES MAGISTRATE JUDGE