UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN JUDSON MOORE,

Petitioner,

v.

SCOTT FRAUENHEIM,

Respondent.

No. 2:19-cv-155-WBS-EFB P

ORDER

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 4, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 4, 2019, are adopted in full;

2.  Petitioner's application for a writ of habeas corpus is denied;

3.  The Clerk is directed to close the case; and

4.  For the reasons set forth in the magistrate judge's findings and recommendations, the court declines to issue a certificate of appealability.

Dated:  February 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE