IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| RYAN JUDSON MOORE, | ) | No. 2:19-cv-0155-WBS-EFB P |
| Petitioner, | ) ) | [~~PROPOSED~~] ORDER |
| v. | ) ) | |
| SCOTT FRAUENHEIM, Warden, Pleasant Valley State Prison, | ) ) ) | |
| Respondent. | ) ) | |

Good cause having been shown, the Motion for Extension is hereby GRANTED. Petitioner shall have five days from the entry of this order to file a notice of appeal.

The Clerk is directed to terminate ECF No. 36.

Dated: __March 31, 2020__

_Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

No. 2:19-cv-0155-WBS-EFB P
[Proposed] Order                                1